IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   06-cr-00270-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2.    LATISHA THOMAS,

        Defendant.

---

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce LATISHA THOMAS, D.O.B. 1971, Inmate No. 1519057, before a United States Magistrate Judge on January 9, 2007 at 8:30 a.m. for proceedings and appearances upon the charges in the Second Superseding Indictment, and to hold her at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where she is now confined.

SO ORDERED this 5th day of January, 2007.

                                    *Michael E. Hegarty*
                                    UNITED STATES MAGISTRATE JUDGE
                                    UNITED STATES DISTRICT COURT
                                    DISTRICT OF COLORADO