**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  06-cr-00270-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  TIMOTHY G. CASSIUS,

    Defendant.

**MINUTE ORDER**[1]

    The matter before the court is **Latisha Thomas' Unopposed Motion for Extension of Time to File Motions** [#122], filed February 27, 2007.  After careful review of the motion and the file, the court has concluded that the unopposed motion should be granted.

    On the existing record the court finds and concludes after considering the factors at 18 U.S.C. § 3161(h)(8)(B)(i)-(iv) that the ends of justice served by granting the motion outweighs the best interests of the public and the defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(8)(A).

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That  **Latisha Thomas' Unopposed Motion for Extension of Time to File Motions** [#122], filed February 27, 2007, is **GRANTED**;

    2.  That the deadline for the filing of any pretrial motion is **March 12, 2007**;

    3.  That a response to a timely filed pretrial motion shall be filed within eleven

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

(11) days of the filing of the pretrial motion;[2] and

      4.  That all timely filed pretrial motions that the court determines should be set for hearing shall be set for hearing at a telephonic motions' hearing setting conference on **March 28, 2007**, at 10:00 a.m., at which time the defendant **need not appear or participate**; provided, furthermore, that counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

Dated:  February 27, 2007
-----------------------------------------------------------------------------------------------------------------------

---

[2] Amended papers, including amended motions, petitions, responses, or replies, shall not be filed without leave of court.  Supplements to papers, including motions, petitions, responses, or replies, shall not be filed without leave of court.  Replies to responses shall not be filed without leave of court.  Leave of court must be obtained before such papers may be filed.  A request for leave to file such a paper shall not be contained or included in the paper sought to be filed.